ORIGINAL

# United States District Court
## Northern District of Texas
*Dallas Division*

UNITED STATES OF AMERICA

V.

JOSEPH GONZALEZ

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:13-CR-267-O (1)

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   JOSEPH GONZALEZ
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Distribute Marijuana.

in violation of Title   21

United States Code, Section(s)

846.

---

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Signature: *Karen Mitchell*
Signature of Issuing Officer

U.S Magistrate Judge Jeffrey L. Cureton

Oct 16, 2013
Date

Dallas, TX
Location

s/A. Lowe-Monserrate
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Dallas TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/20/2013 | Richard Sparks DUSM | *[signature]* |
| DATE OF ARREST 12/20/2013 | 12856-078 | 4300435 |